**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUY NGO, | ) NO. SACV 08-796 ABC (CW) |
|         Petitioner, | ) |
|   v. | ) ORDER ACCEPTING REPORT |
| | ) AND RECOMMENDATION OF |
| JOHN F. SALAZAR, Warden, et. al., | ) UNITED STATES MAGISTRATE JUDGE |
|         Respondents. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and objections thereto. The court has made a <u>de novo</u> determination with respect to those portions of the Report and Recommendation to which objection has been made.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered denying the petition and dismissing this action with prejudice.

1       **IT IS FURTHER ORDERED** that this order and the judgment herein be
2  served on the parties.

4  DATED:   3/22/2011

   *Audrey B. Collins*
   _____
            AUDREY B. COLLINS
       Chief United States District Judge