# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUY NGO, | NO. SACV 08-796 ABC(CW) |
|     Petitioner, | |
| | JUDGMENT |
|   v. | |
| JOHN F. SALAZAR, Warden, et. al., | |
|     Respondents. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:  3/22/2011

_____
AUDREY B. COLLINS
Chief United States District Judge